FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2025

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** PHILLIP BRUCE SMITH    **CASE NO.** 2:25-MJ-00634-JAG

TOTAL # OF COUNTS: 2    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(2), (b)(1) | Receipt of Child Pornography | CAG not less than 5 years nor more than 20 years; and/or $250,000 fine; not more than 5 years nor more than life supervised release; a $100 special penalty assessment; and Sex Offender Registration |
| 2 | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography | CAG not more than 20 years; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; $100 special penalty assessment; AVAA assessment up to $17,000; Sex Offender Registration |